IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA               :

                                       :

                -v-                    :

                                       :

MARK R. JONES                          :

        Defendant                      :

---

FILED

JUL 2 6 2006

DISTRICT COD...

06-CR-229-S

# I N F O R M A T I O N

Title 29, U.S.C. §501(c)

## COUNT I

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From in or about January 2002, and continuing until in or about December 2005, the exact dates being unknown, in the Western District of New York, the defendant, MARK R. JONES, while an officer (President and Secretary/Treasurer) of the Musicians Local 92 and while an officer (Secretary-Treasurer) of the New York State Conference of Musicians, both labor organizations engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully convert to his own use $40,738.17 of union funds

belonging to Musicians Local 92 and $34,672.00 of union funds belonging to the New York State Conference of Musicians.

All in violation of Title 29, United States Code, Section 501(c).

DATED:  Buffalo, New York, July 25, 2006.

TERRANCE P. FLYNN<br>
United States Attorney

BY: _____
GRETCHEN L. WYLEGALA
Assistant United States Attorney
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 822
gretchen.wylegala@usdoj.gov